**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CRIMINAL ACTION NO. 11-14-DLB-CJS

UNITED STATES OF AMERICA                                                                         PLAINTIFF

vs.                                **ORDER PARTIALLY ADOPTING
                                    REPORT AND RECOMMENDATION**

HOWARD WEINER                                                                                    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the April 23, 2018 Report and Recommendation ("R&R") of Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Howard Weiner's supervised release. (Doc. # 41).

Defendant appeared on his supervised release violation charges before Magistrate Judge Smith for a Final Revocation Hearing on April 12, 2018. (Doc. # 39). At that time, the Defendant was placed under oath and admitted to the violations set out in the December 29, 2015 Supervised Release Violation Report, and the April 6, 2018 Second Addendum to the Supervised Release Violation Report. (Sealed Docs. # 34 and 38).

In the R&R, Magistrate Judge Smith recommends that Defendant's supervised release be revoked; that Defendant be sentenced to a term of imprisonment of twelve (12) months, credit to be given for time served since his detention on the violation charges, with no supervised release to follow; that Defendant be ordered to pay the remaining restitution; and that the Court specify a payment plan under the Schedule of

1

Payments section of the Judgment. (Doc. # 41).

The Defendant having waived his right to allocution and his right to file objections to the R&R (Docs. # 39 and 40), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all but one respect, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation ("R&R") (Doc. # 41) is **adopted** as the findings of fact and conclusions of law of the Court with the exception of paragraph (2) herein;

(2) The portion of the R&R, recommending that the Court specify a payment plan under the Schedule of Payments section of the Judgment is **rejected**, as there is no term of supervised release to follow the sentence of imprisonment;

(3) Defendant Howard Weiner is found to have **violated** the terms of his supervised release as set out in the December 29, 2015 Supervised Release Violation Report, and the April 6, 2018 Second Addendum to the Supervised Release Violation Report;

(4) The Defendant's supervised release is hereby **revoked**;

(5) The Defendant is **sentenced** to the custody of the Attorney General for a term of **twelve (12) months, credit to be given for time served since his detention on the violation charges, with no term of supervised release to follow**;

(6) The Defendant is **ordered to pay the remaining restitution balance, totaling $111,910.04, forthwith**;

(7) The Defendant's confinement shall be served, if feasible, at the Bureau of Prisons approved facility closest to Pensacola, Florida; and

(8) A Judgment shall be entered concurrently herewith.

This 24th day of April, 2018.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2011\11-14 Order Adopting R&R re SRV.docx